# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TORCUP, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 25-413** |
| | : | |
| **PRESCO ENGINEERING, INC.** | : | |
| | : | |

## ORDER

**AND NOW**, this 27th day of May, 2025, upon consideration of the Motion to Transfer Venue filed by Defendant (ECF No. 11) and the response thereto, it is hereby **ORDERED** that the Motion is **DENIED**. Defendant is further **ORDERED** to file an Answer to the Complaint by June 16, 2025.

BY THE COURT:

*s/ Catherine Henry*
_____
**CATHERINE HENRY, J.**